UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SOUP LIQUIDATION LLC, *et al.*,[1] ) | Case No. 17-11313 (LSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| SOUPMAN, INC., ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 17-50659 (LSS) |
| ) | |
| v. ) | |
| ) | |
| WEALTHCOLONY MANAGEMENT GROUP, ) | |
| LLC; WEALTHCOLONY SPV II, L.P.; JOSEPH ) | |
| HAGAN; JEFFREY FREEDMAN, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION REGARDING DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED AND AGREED by and among Soupman, Inc. ("Plaintiff") and Defendants, WealthColony Management Group, LLC, WealthColony SPV II, L.P., Joseph Hagan, and Jeffrey Freedman (collectively, "Defendants"), through their respective attorneys of record, representing all parties to the above-captioned action (the "Adversary Proceeding"), that this entire Adversary Proceeding be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for the Debtors is 1110 South Ave., Suite 100, Staten Island, NY 10314.

DOCS_DE:215883.1 92396/001

Dated: October 31, 2017

| PACHULSKI STANG ZIEHL & JONES LLP | POLSINELLI PC |
|---|---|
| */s/ Colin R. Robinson* | */s/ Christopher A. Ward* |
| Colin R. Robinson (Bar No. 5524) | Christopher A. Ward (Bar No. 3877) |
| 919 N. Market Street, 17th Floor | 222 Delaware Avenue, Suite 1101 |
| P.O. Box 8705 | Wilmington, DE 19801 |
| Wilmington, DE 19899-8705 | Telephone: (302) 252-0920 |
| (Courier 19801) | Facsimile: (302) 252-0921 |
| Telephone: (302) 652-4100 | Email: cward@polsinelli.com |
| Facsimile: (302) 652-4400 | |
| Email: crobinson@pszjlaw.com | And |
| | |
| and | Jeremy R. Johnson |
| | 600 3rd Avenue, 42nd Floor |
| Philip D. Forlenza | New York, NY 10016 |
| Donald F. Campbell, Jr. | Telephone: (212) 684-0199 |
| Giordano Halleran & Ciesla, P.C. | Facsimile: (212) 684-0197 |
| 125 Half Mile Road | Email: Jeremy.johnson@polsinelli.com |
| Suite 300 | |
| Red Bank, NJ 07701-6777 | *Counsel to Plaintiff* |
| Telephone: (732) 219-5483 | |
| Facsimile: (732) 224-6599 | |
| Email: pforlenza@ghclaw.com | |
|        dcampbell@ghclaw.com | |

*Counsel to Defendants*